*E-filed 5/6/08*

1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12 ZHIGANG MAO,                           )
                                          ) No. C 08-1373 HRL
13           Plaintiff,                   )
                                          )
14     v.                                 ) **PARTIES' CONSENT TO MAGISTRATE**
                                          ) **JUDGE JURISDICTION; STIPULATED**
15 MICHAEL CHERTOFF, Secretary of the     ) **DISMISSAL**
   Department of Homeland Security;       )
16 EMILIO T. GONZALEZ, Director,          )
   U.S. Citizenship and Immigration Services; )
17 CHRISTINA POULOS, Director,            )
   U.S. Citizenship and Immigration Services, )
18 California Service Center;             )
   ROBERT S. MUELLER, III, Director of the )
19 Federal Bureau of Investigation,       )
                                          )
20           Defendants.                  )
                                          )
21 _____

22
       In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and
23
   Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge
24
   conduct any and all further proceedings in the case, including trial, and order the entry of a final
25
   judgment.
26
       Further, Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record,
27
   hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-entitled action
28
   Stip to Dismiss
   C 08-1373 HRL                            1

without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Dated: May __, 2008                    Respectfully submitted,

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney

                                       EDWARD A. OLSEN
                                       Assistant United States Attorney
                                       Attorney for Defendants

Dated: May 2nd 2008

                                       ZHIGANG MAO
                                       Pro se

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/6/08

                                       HOWARD R. LLOYD
                                       United States Magistrate Judge

Stip to Dismiss
C 08-1373 HRL                          2