*E-filed 5/6/08*

JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHIGANG MAO, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Director, U.S. Citizenship and Immigration Services, California Service Center; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, <br><br> Defendants. | No. C 08-1373 HRL <br><br> **PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION; STIPULATED DISMISSAL** |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-entitled action

Stip to Dismiss
C 08-1373 HRL                                          1

without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Dated: May __, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

Dated: May 2nd 2008

ZHIGANG MAO
Pro se

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  5/6/08

HOWARD R. LLOYD
United States Magistrate Judge

Stip to Dismiss
C 08-1373 HRL

2